IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff | : | CR No. 3:17-31 |
| | : | |
| vs. | : | |
| | : | |
| DARREN J. SALGADO | : | |
| Defendant | : | |

HEARING:  Sentencing on January 7, 2021

Before Judge Kim R. Gibson

Maureen Sheehan-Balchon, AUSA                    Christopher B. Brown, AFPD
    Appear for Plaintiff                                            Appear for Defendant

Hearing Began:  11:14 a.m.                           Hearing Ended:  1:01 p.m.

CRD  Debbie Gorgone                                  Stenographer  Debbie Betzler

This was the time and place set for Sentencing in this case.  Counsel entered their appearances.  Defendant sworn.  This hearing was conducted by Zoom Videoconference. Defendant previously plead Guilty to Counts 1 and 2 of the Indictment.  Sentencing guidelines and sentencing options given.  Defendant was sentenced to 75 months of imprisonment.  That sentence is imposed for each of the Counts which are to be served concurrently.  Upon release from imprisonment, the Defendant shall be on supervised release for a term of 10 years at each of Counts 1 and 2, which Counts of supervised release shall run concurrently.  Said term of supervised release comes with standard and special conditions of supervision, as more fully stated in the Judgment.  The Defendant shall forfeit to the United States the properties which are identified in the Preliminary Order of Criminal Forfeiture entered on November 8, 2019.  Restitution is mandatory in this case and the Court has separately scheduled a Restitution Hearing and shall enter a Restitution Order following that separate hearing.  The Defendant shall pay to the United States a Special Assessment of $200, which shall be paid to the United States District Court Clerk forthwith.  The Defendant shall remain detained pending designation by the Bureau of Prisons.  Defendant's appeal rights given.